JS-6

LAW OFFICE OF JERRY L. STEERING
Jerry L. Steering, Esq. (SBN 122509)
4063 Birch Street, Suite 100
Newport Beach, CA 92660
Telephone: (949) 474-1849
Facsimile: (949) 474-1883
Email: jerrysteering@yahoo.com

LAW OFFICE OF GREGORY PEACOCK
Gregory Peacock, ESQ. (SBN 277669)
4063 Birch Street, Suite 100
Newport Beach, CA 92660
Telephone: (949) 292-7478
Email: gregorypeacockesq@gmail.com

*Attorneys for Plaintiff*

JOHN D. HIGGINBOTHAM, Bar No. 204179
NEIL D. OKAZAKI, Bar No. 201367
DEAN DERLETH, City Attorney
CITY ATTORNEY'S OFFICE
CITY OF CORONA
400 S. Vicentia Ave.
Corona, California 92882
Telephone: (951) 279-3506
john.higginbotham@coronaca.gov
neil.okazaki@coronaca.gov

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JESSICA SAVAGE, individually and as successor in interest to Decedent Peter Birmingham,

Plaintiff,

v.

CITY OF CORONA, and DOES 1 through 10, inclusive,

Defendant.

Case No. 5:24-cv-00097-KK-SP

Judge: Honorable Kenly Kiya Kato

**ORDER RE VOLUNTARY DISMISSAL PURSUANT TO <u>F.R.C.P. 41(a)(1)(A)(ii)</u>**

**ORDER OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

PURSUANT TO THE STIPULATION OF THE PARTIES by and between the parties and their respective counsel, and pursuant to the Court's inherent and statutory authority, the following is HEREBY ORDERED:

1. The Court hereby DISMISSES the above-captioned action, in its entirety, with prejudice.
2. Each party is to bear its own costs and attorney's fees.
3. All dates and deadlines set in this matter are VACATED.

DATED: October 15, 2026

Honorable Kenly Kiya Kato
United States District Judge